Christopher B. Dalbey (SBN 285562)
*cdalbey@weitzlux.com*
WEITZ & LUXENBERG, P.C.
1880 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone:  (310) 247-0921
Facsimile: (310) 786-9927

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Anthem, Inc. Data Breach Litigation | 5:15-md-02617-LHK |
| | Hon. Lucy H. Koh |
| *This document relates to:* | |
| T.C., a minor, by and through her Parent and Next Friend, MARY CARTER, individually and on behalf of all other minors similarly situated, | 5:15-cv-02651-LHK |
| Plaintiffs, | |
| v. | |
| ANTHEM, INC. et al., | |
| Defendants. | **NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff T.C., a minor, by and through her Parent and Next Friend, Mary Carter, voluntarily dismisses this action (Case No. 5:15-cv-02651-LHK).

As of this date, Defendants have not served an answer or a motion for summary judgment on Plaintiff in this action.

Dated: December 14, 2016          Respectfully submitted,

/s/ Christopher B. Dalbey
Christopher B. Dalbey
*cdalbey@weitzlux.com*
**WEITZ & LUXENBERG, P.C.**
1880 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone:  (310) 247-0921
Facsimile: (310) 786-9927